|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| FERNANDO SOTO VASQUEZ, | ) No. CV 12-02841-VBK |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: January 11, 2013

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE